RECEIVED
MAR - 1 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| Schannette | Civil Action No. 6:16-cv-01082 |
| versus | Judge Rebecca F. Doherty |
| United Specialty Insurance Co. et al | Magistrate Judge Carol B. Whitehurst |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by defendant, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion To Remand filed by Plaintiff, Robert Schannette, [Rec. Doc. 13] is **GRANTED**, and this action is remanded to the Sixteenth Judicial District Court, Iberia Parish, Louisiana.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 1st day of March, 2017 ~~December, 2016~~.

Rebecca F. Doherty
United States District Judge